IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| RODNEY RIDGWAY, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action No._____ |
| HOME DEPOT U.S.A., INC., | ) ) ) | |
| Defendant. | ) | **JURY DEMANDED** |

## INDEX OF DOCUMENTS FILED WITH NOTICE OF REMOVAL

**EXHIBIT A**   Index of Documents Filed with Notice of Removal

**EXHIBIT B**   State Court Documents

| TAB NO. | STATE COURT DOCUMENT | DATE |
|---|---|---|
| 1 | Plaintiff's Petition for Damages | 5/23/14 |
| 2 | Citation for Defendant Home Depot U.S.A., Inc. | 5/28/14 |
| 3 | State Court Docket Sheet | n/a |

# EXHIBIT A

**INDEX OF STATE COURT DOCUMENTS FILED WITH NOTICE OF REMOVAL**