

# IN THE 13TH JUDICIAL CIRCUIT, BOONE COUNTY, MISSOURI

| Judge or Division: JODIE C ASEL | Case Number: 19BA-CV05121 |
|---|---|
| Plaintiff/Petitioner: RODNEY RIDGWAY vs. | Plaintiff's/Petitioner's Attorney/Address ANDREW LAWRENCE VEATCH 903 E ASH STREET COLUMBIA, MO 65201 |
| Defendant/Respondent: HOME DEPOT U.S.A INC/CSC | Court Address: 705 E Walnut COLUMBIA, MO 65201 |
| Nature of Suit: CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** HOME DEPOT U.S.A., INC.
Alias:
%CSC LAWYERS INC SERVICE
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

**COURT SEAL OF BOONE COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

__12/17/2019__  __/s/ M. Stephens__
Date                                Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____   _____
Printed Name of Sheriff or Server    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____   _____
                         Date                      Notary Public

**Sheriff's Fees, if applicable**
Summons                              $_____
Non Est                              $_____
Sheriff's Deputy Salary
Supplemental Surcharge               $ 10.00
Mileage                              $_____ (_____ miles @ $_____ per mile)
**Total**                            $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* **Document Id # 19-SMCC-1367**   1 of 1   Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 2:20-cv-04010-BCW   Document 1-2   Filed 01/21/20   Page 1 of 11
EXHIBIT B

## IN THE CIRCUIT COURT OF BOONE COUNTY, MISSOURI

| | |
|---|---|
| RODNEY RIDGWAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. _____ |
| ) | |
| HOME DEPOT U.S.A., INC., ) | |
| Serve: ) | |
| CSC Lawyers Incorporating Service ) | JURY TRIAL DEMANDED |
| 221 Bolivar Street ) | |
| Jefferson City, Missouri 65101 ) | |
| ) | |
| Defendant. ) | |

### PETITION

COMES NOW Rodney Ridgway (hereinafter "Ridgway"), by and through counsel, Andrew L. Veatch, and for his cause of action against Home Depot U.S.A., Inc. (hereinafter "Home Depot"), states as follows:

### GENERAL ALLEGATIONS

1. Plaintiff Rodney Ridgway (hereinafter, "Plaintiff" or "Ridgway"), an individual, is a Monroe County resident.

2. Defendant Home Depot U.S.A., Inc., (hereinafter, "Home Depot"), a foreign corporation, registered in the state of Missouri, regularly conducts business in Boone County, Missouri, owning, operating, a store in Boone County, Missouri, and can be served on its registered agent CSC Lawyers Incorporating Service, 221 Bolivar Street, Jefferson City, Missouri 65101.

3. All acts and occurrences referred to herein occurred in Boone County, State of Missouri.

4. Venue is proper in Boone County, Missouri pursuant to Mo. Rev. Stat. 508.010.

5. On or about December, 4, 2017, Plaintiff Ridgway was visiting The Home Depot store in Columbia, Missouri, owned and operated by Defendant Home Depot.

6. On said date, The Home Depot had on display in its parking lot several portable sheds that were being sold by Defendant Home Depot.

7. On said date, Plaintiff was looking at the sheds on display in the Home Depot parking lot when he entered a two-story shed.

8. The ground level of the shed contained no artificial sources of light.

9. On said date, after viewing the ground floor of the two-story shed, Plaintiff walked up the stairs to view the second floor of the shed, and those stairs contained no artificial sources of light.

10. The second floor of the shed contained windows allowing natural light into the second floor, but no artificial sources of light.

11. On said date, after viewing the second floor of the shed, Plaintiff attempted to walk back down the shed's internal stairs, but missed a step and fell as he was going down the stairs.

12. There was no interior lighting installed in the shed on the date of the accident.

13. On the date of this accident, there were no warnings posted inside or outside the shed regarding the lack of lighting inside the shed or the stairs within the shed.

14. On the date of this accident, there were no markings, painting, or other warnings on the internal stairs in the shed to alert customers where each stair ended.

15. On the date of this accident, customers were free to enter the shed at any hour of the day, without being accompanied or assisted by an employee of Defendant Home Depot.

16. As a result of the conditions described herein and Plaintiff's fall caused by those conditions, Plaintiff has sustained severe and permanent injuries.

17. On said date, the shed and the parking lot referenced herein were in the possession and control of Defendant Home Depot.

18. The parking lot and the shed were, and continue to be, regularly used by customers and agents of Defendant Home Depot with Defendant Home Depot's consent.

19. Defendant Home Depot consistently engaged in a pattern, practice and course of conduct in which Defendant Home Depot would inspect and maintain the parking lot and the shed.

20. On December 4, 2017, Defendant Home Depot knew, or through the exercise of ordinary care could have known, of the condition of the shed, including those attributes referenced herein.

21. Defendant Home Depot failed to use ordinary care to make the shed reasonably safe to customers of The Home Depot, including Plaintiff.

22. On said date, Defendant Home Depot's failure to use ordinary care to make the shed reasonably safe caused Plaintiff's injuries.

23. Defendant Home Depot's actions or inactions as set forth above, constitute negligence in that Defendant Home Depot failed to use an ordinary degree of care in one or more of the following respects:

    a. Defendant Home Depot failed to recognize the dangerousness of the attributes of the shed referenced herein;

    b. Defendant Home Depot recognized the danger posed by the unlit and unmarked stairs within the shed but failed to take the necessary actions to rectify, fix, or otherwise remedy those conditions to where the shed was reasonably safe;

    c. Defendant Home Depot failed to maintain the shed in a reasonably safe manner;

    d. Defendant Home Depot failed to warn Plaintiff and other customers of the unlit and unmarked stairs in the shed;

    e. Defendant Home Depot failed to properly light the shed or provide a source of lighting to customers;

    f. Defendant Home Depot failed to prevent Plaintiff from traveling up and down stairs in the shed despite the lack of light within the shed;

    g. Defendant Home Depot failed to take any action that might have reduced the probability that someone would injure themselves as a result of the unlit and unmarked stairs in the shed;

    h. Defendant Home Depot failed to mark the stairs in the shed in a manner that would alert customers to where one stair ended and the next began;

EXHIBIT B

i. Defendant Home Depot failed to lock the shed, or to otherwise prevent customers from entering the shed and traversing the stairs within without the assistance of a Home Depot employee; and

j. Defendant Home Depot failed to lock the shed, prevent entry to the shed, or provide a source of light within the shed during hours when there would be minimal or no daylight entering the shed through its windows.

24. As a direct and proximate result of Defendant Home Depot's negligence as set forth above, Plaintiff sustained serious and significant injuries to his right lower extremity and right shoulder, which are severe and permanent in nature.

25. As a direct and proximate result of the injury set forth above, Plaintiff has incurred medical, surgical, therapeutic, rehabilitative, prescription and other expenses excess of One Hundred Twenty Thousand Six Hundred Fourteen Dollars and Ninety-Nine Cents ($120,614.99).

26. As a direct and proximate result of the injury set forth above, Plaintiff has experienced, and will continue to experience, pain, suffering, and mental anguish and distress.

27. As a direct and proximate result of the injury set forth above, Plaintiff was unable to perform his job and lost wages, and will lose wages into the future, in an amount that will be proved with reasonable certainty at trial.

WHEREFORE, Plaintiff Rodney Ridgway prays for judgment against Defendant Home Depot, in an amount determined fair and reasonable by a jury, for his costs incurred herein, and for such other and further relief the Court may deem just and proper.

Respectfully submitted,

Eng & Woods,


/s/ Andrew L. Veatch
Andrew L. Veatch, 62500
Eng & Woods
903 East Ash Street
Columbia, Missouri 65201
T. 573-874-4190
F. 573-874-4192
Dveatch@engandwoods.com
**Attorneys for Plaintiff**



# Notice of Service of Process

null / ALL
Transmittal Number: 20873882
Date Processed: 12/23/2019

| | |
|---|---|
| Primary Contact: | Quinessa Malcolm<br>The Home Depot, Inc.<br>2455 Paces Ferry Rd SE<br>Atlanta, GA 30339-1834 |
| Entity: | Home Depot U.S.A., Inc.<br>Entity ID Number 2483807 |
| Entity Served: | Home Depot U.S.A., Inc. |
| Title of Action: | Rodney Ridgway vs. Home Depot U.S.A., Inc. |
| Matter Name/ID: | Rodney Ridgway vs. Home Depot U.S.A., Inc. (9875088) |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Personal Injury |
| Court/Agency: | Boone County Circuit Court, MO |
| Case/Reference No: | 19BA-CV05121 |
| Jurisdiction Served: | Missouri |
| Date Served on CSC: | 12/20/2019 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Andrew L. Veatch<br>573-874-4190 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

EXHIBIT B



Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print	Logon

## 19BA-CV05121 - RODNEY RIDGWAY V HOME DEPOT U.S.A., INC. (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

**RIDGWAY, RODNEY, Plaintiff**	represented by	**VEATCH, ANDREW LAWRENCE, Attorney for Plaintiff**

100 S FRANKLIN
MADISON, MO 65263

903 E ASH STREET
COLUMBIA, MO 65201
**Business:** (573) 874-4190

**Year of Birth:** 1960

**HOME DEPOT U.S.A INC/CSC, Defendant**
%CSC LAWYERS INC
221 BOLIVAR
JEFFERSON CITY, MO 65101

Case.net Version 5.14.0.17	Return to Top of Page	Released 11/25/2019



Your Missouri Courts　　Search for Cases by: Select Search Method...　　case.net

Judicial Links | eFiling | Help | Contact Us | Print　　　　　　　　　　　　　　　　Logon

**19BA-CV05121 - RODNEY RIDGWAY V HOME DEPOT U.S.A., INC. (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

Sort Date Entries: ⦿ Descending ○ Ascending　　　　Display Options: All Entries

| | |
|---|---|
| 01/06/2020 | **Corporation Served**<br>Document ID - 19-SMCC-1367; Served To - HOME DEPOT U.S.A INC/CSC; Server - SO SHERIFF OF COLE COUNTY-JEFFERSON CITY; Served Date - 20-DEC-19; Served Time - 08:00:00; Service Type - Sheriff Department; Reason Description - Served (ms) |
| 12/17/2019 | **Summons Issued-Circuit**<br>Document ID: 19-SMCC-1367, for HOME DEPOT U.S.A INC/CSC. Attorneys are to print two copies of summons and issue for service. (ms) |
| 12/16/2019 | **Confid Filing Info Sheet Filed**<br>(ms)<br>　　Filed By: ANDREW LAWRENCE VEATCH<br>**Pet Filed in Circuit Ct**<br>Petition. (ms)<br>　　On Behalf Of: RODNEY RIDGWAY<br>**Judge Assigned** |

Case.net Version 5.14.0.17　　　　　　　　　　Return to Top of Page　　　　　　　　　　Released 11/25/2019



Your Missouri Courts — case.net

Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print    Logon

### 19BA-CV05121 - RODNEY RIDGWAY V HOME DEPOT U.S.A., INC. (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution |

This information is provided as a service and is not considered an official court record. Further information may be available in the docket entries portion of Case.net. Because service of process may establish legal obligations, you may want to examine the original case file in the clerk's office.

Displaying **1** thru **1** of **1** service records returned for case **19BA-CV05121**.

#### Issuance

**Issued To:** HOME DEPOT U.S.A INC/CSC
**Document Issued:** Summons Civil Case-To Dft-Res
**Document ID:** 19-SMCC-1367

**Date Issued:** 12/17/2019
**Due Date:** 01/16/2020

#### Return

**Type Of Service:** Corporation Served

**Served To:** HOME DEPOT U.S.A
INC/CSC
%CSC LAWYERS INC
221 BOLIVAR
JEFFERSON CITY, MO 65101
**Service Agent:** SO SHERIFF OF COLE COUNTY-JEFFERSON CITY

**Service/Attempt Date:** 12/20/2019

Displaying **1** thru **1** of **1** service records returned for case **19BA-CV05121**.

Case.net Version 5.14.0.17    Return to Top of Page    Released 11/25/2019